IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARGIT BROWN,**

    **Plaintiff,**

v.                                                     Civil Action No. 3:24-cv-00704

**DDRTC CREEKS AT VIRGINIA
CENTER LLC,** *et al.*,

    **Defendants.**

## ORDER

This matter comes before the Court on two motions: (1) Defendant DDRTC Creeks at Virginia Center LLC's ("DDRTC") Motion for Extension of Time to Respond to Plaintiff's Motion to Compel (the "Motion"), (ECF No. 14); (2) Plaintiff Margit Brown's Motion to Compel Defendant DDRTC Creeks at Virginia Center LLC to Comply with Local Civil Rule 7.1, (the "Motion to Compel"), (ECF No. 12).

In the Motion, DDRTC asks the Court to extend its deadline to respond to Plaintiff's Motion to Compel from March 4, 2025 to March 18, 2025. (ECF No. 14, at 1–2.) DDRTC explains that it "requires additional time to respond due to a conflict issue involving co-defendant CBRE, Inc., and requires time to seek new counsel." (ECF No. 14, at 2.)

Upon due consideration, pursuant to Federal Rule of Civil Procedure 6(b),[1] and for good cause shown, the Court GRANTS the Motion. (ECF No. 14.) DDRTC's deadline to respond to Plaintiff's Motion to Compel is EXTENDED to **March 18, 2025 at 5:00 p.m.**

---

[1] Federal Rule of Civil Procedure 6(b) states, in relevant part:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

In its memorandum in support of its Motion to Compel, Plaintiff states that "on November 6, 2024, Plaintiff entered into a tolling agreement with the CBRE Entities and, in furtherance of that agreement, will seek to dismiss the CBRE Entities by operation of the amendment mechanism contained within Federal Rule of Civil Procedure 15, should diversity jurisdiction prove applicable." (ECF No. 13, at 2 n.1.) Plaintiff adds that "counsel for DDRTC has refused to cooperate with Plaintiff in advancing any aspect of this litigation—including refusing to consent (without explanation) to Plaintiff dismissing the CBRE Entities." (ECF No. 13, at 2 n.1.) Plaintiff is ORDERED to seek dismissal of the CBRE Entities, to the extent it can, by operation of the amendment mechanism contained within Federal Rule of Civil Procedure 15 by **March 18, 2025, at 5:00 p.m.**

Should counsel for DDRTC fail to file its response to Plaintiff's Motion to Compel by 5:00 p.m. on March 18, 2025, all counsel in this matter SHALL appear in person in the United States District Court for the Eastern District of Virginia, Richmond Division, Courtroom 6100, on March 19, 2025 at 2:00 p.m. for a status conference.

Likewise, should Plaintiff fail to seek dismissal of the CBRE Entities by March 18, 2025 at 5:00 p.m., all counsel of record in this matter SHALL appear in person in Courtroom 6100, on March 19, 2025 at 2:00 p.m. for a status conference.

It is SO ORDERED.

Date: 2/28/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

---

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

Fed. R. Civ. P. 6(b)(1).